# Third District Court of Appeal

## State of Florida

Opinion filed March 13, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1828
Lower Tribunal No. F01-21587B
_____

**Javarus Morgan,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Diana Vizcaino, Judge.

Javarus Morgan, in proper person.

Ashley Moody, Attorney General, and Linda S. Katz, Assistant Attorney General, for appellee.

Before LOGUE, C.J., and EMAS and SCALES, JJ.

PER CURIAM.

Affirmed. <u>See</u> § 921.1402(6), Fla. Stat. (2022) (providing a list of enumerated factors for a trial court to consider in "determining if it is appropriate to modify the juvenile offender's sentence" and further providing that "the court shall consider **any factor it deems appropriate**, including any of the following. . . .") (emphasis added); <u>Dortch v. State</u>, 266 So. 3d 1240, 1243 (Fla. 1st DCA 2019) (in conducting a sentencing hearing pursuant to related section 921.1401, Florida Statutes—which provides a list of enumerated factors for a trial court to consider in "determining whether life imprisonment or a term of years equal to life imprisonment is an appropriate sentence" and providing that "the court shall consider factors relevant to the offense and the defendant's youth and attendant circumstances"—the trial court is not required to make factual findings of any statutory factor not relevant nor considered by the court); Fla. R. Crim. P. 3.781(c) (providing procedures for the trial court to follow for "resentencing any juvenile offender whose sentence is determined to be unconstitutional pursuant to the United States Supreme Court's decision in <u>Miller v. Alabama</u>, 132 S. Ct. 2455, 2469 (2012) or <u>Graham v. Florida</u>, 560 U.S. 48 (2010)"; further providing that the trial court "shall make specific findings on the record that all relevant factors have been reviewed and considered by the court prior to imposing a sentence of life imprisonment or a term of years equal to life imprisonment.")